IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Rodney Neeley, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:15-cv-1283-RLY-MJD ) |
| Portfolio Recovery Associates, LLC, a Delaware limited liability company, | ) ) ) ) |
| Defendant. | ) |

## STATEMENT OF CLAIMS

Plaintiff, Rodney Neeley, individually and on behalf of all others similarly situated, pursuant to the Case Management Plan entered in this matter (Dkt. 24 at II.D), hereby sets forth the Statement of Claims he intends to prove at trial:

1. Section 1692e of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") prohibits debt collectors from using and false, deceptive or misleading means to collect a debt, including, but not limited to, the false representation of the character, amount or legal status of any debt, see, 15 U.S.C. § 1692e(2)(A), and/or taking or threatening to take actions that cannot legally be taken in connection with the collection of a debt, see 15 U.S.C. § 1692e(5).  By sending Mr. Neeley and the putative class collection letters which attempted to collect debts which were time-barred under Indiana Law, Defendant PRA violated § 1692e of the FDCPA, see, McMahon v. LVNV Funding, 744 F.3d 1010 (7th Cir. 2014); Phillips v. Asset Acceptance, 736 F.3d. 1076, 1079 (7th Cir. 2013); Pantoja v. Portfolio Recovery Associates, 78 F.Supp. 3d 743 (N.D. Ill. 2015); Green v. Monarch Recovery Management, 2015 U.S. Dist. LEXIS

1

98765 (S.D. Ind.)(Barker, J.) and <u>Slick v. Portfolio Recovery Associates</u>, 111 F.Supp.3d 900 (N.D.Ill. 2015).

    2.    Section 1692f of the FDCPA prohibits a debt collector from using any unfair or unconscionable means to collect or attempt to collect a debt, <u>see</u>, 15 U.S.C. § 1692f.  By sending Mr. Neeley and the putative class collection letters which attempted to collect debts which were time-barred under Indiana Law, Defendant PRA violated § 1692f of the FDCPA, <u>see</u>, <u>McMahon</u>, 744 F.3d at 1019-1022; <u>Phillips</u>, 736 F.3d. at 1079.

    3.    Defendant's attempted disclaimer concerning the age of the debts, <u>i.e.</u>, the statement that, "[B]ecause of the age of your debt, we will not sue you for it and we will not report it to any credit reporting agency" was inadequate, and failed to inform Mr. Neeley and the putative class that Defendant PRA could not sue to collect the debt, and fails to inform them that a payment on the debt may restart the statute of limitations. Instead, the letters weakly state that PRA has chosen not to sue, which, coupled with the repeated demands for a payment plan, make it look as if the debt is still legally enforceable, <u>see</u>, <u>Pantoja</u>, 78 F.Supp. 3d at 746-747.

    Respectfully submitted,

    Rodney Neeley, individually and on behalf of all others similarly situated,

    By: <u>s/David J. Philipps</u>_____
    One of Plaintiff's Attorneys

Dated: August 19, 2016

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angiekrobertson@aol.com

John T. Steinkamp   (Ind. Bar. No. 19891-49)
5214 S. East Street
Suite D-1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
steinkamplaw@yahoo.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2016, a copy of the foregoing Plaintiff's **Statement of Claims** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| David M. Schultz | dschultz@hinshawlaw.com |
| Jennifer W. Weller | jweller@hinshawlaw.com |
| Avanti D. Bakane | abakane@hinshawlaw.com |
| Hinshaw & Culbertson, LLP | |
| 222 N. LaSalle Street | |
| Suite 300 | |
| Chicago, Illinois  60601 | |

| | |
|---|---|
| John T. Steinkamp | steinkamplaw@yahoo.com |
| 5214 S. East Street | |
| Suite D-1 | |
| Indianapolis, Indiana 46227 | |

/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com