# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Rodney Neeley, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC, a Delaware limited liability company,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:15-cv-1283-RLY-MJD |

## JOINT MOTION TO STAY THE FINAL
## PRETRIAL CONFERENCE AND TRIAL DATES

Class Representative Rodney Neeley, individually and on behalf of all others similarly situated, and Defendant Portfolio Recovery Associates, LLC, respectfully request that this Court stay the remaining Case Management Plan ("CMP"), final pretrial conference, and trial dates. In support of this motion, the parties state:

1. On November 4, 2016, this case was set for a final pre-trial conference on June 15, 2017, with a trial date set for June 26, 2017. (Dkt. 25). On April 27, 2017, the final pre-trial conference was re-set to August 9, 2018, with a trial date set for August 20, 2018. (Dkt. 91).

2. The class was certified on August 2, 2017, and notice was sent to class members on November 2, 2017 (Dkt. 114).

3. At present, motions for summary judgment have been fully briefed (Dkt. 115, 116, 117, 118, 119, 120, 121) and are awaiting ruling. The Court's ruling on the motions for summary judgment may eliminate the need for a trial, or will likely narrow any issues that need to be tried.

5. Accordingly, the parties respectfully request that this Court stay the remaining CMP, final pre-trial conference, and trial dates until ruling on the motions for summary judgment, and that those dates be re-set thereafter.

WHEREFORE, the parties respectfully request that this Court stay the CMP, final pretrial conference, and trial dates.

Dated: February 7, 2018

Rodney Neeley, individually and on
behalf of all others similarly situated,

/s/ David J. Philipps_____
By: Class Counsel

David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

John T. Steinkamp  (Ind. Bar No. 19891-49)
5214 S. East Street, Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
steinkamplaw@yahoo.com

/s/ Jennifer W. Weller_____

Jennifer W. Weller   (Ill. Bar No. 06270826)
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois  60601
(312)704-3000
(312)704-3001 (FAX)
jweller@hinshawlaw.com

# CERTIFICATE OF SERVICE

       I hereby certify that on February 7, 2018, a copy of the foregoing **JOINT MOTION TO STAY THE PRETIAL CONFERENCE AND TRIAL DATES** was electronically filed with the District Court. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Jennifer W. Weller                      jweller@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601

John T. Steinkamp                    steinkamplaw@yahoo.com
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227


/s/ David J. Philipps_____

David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com